M. P. No. 77-103.   HERBERT N. BALLOU, JR., *v.* STATE. Petition for writ of certiorari is denied. Bevilacqua, C. J., not participating. *Swan, Jenckes, Asquith & Davis, Edward W. Moses,* for petitioner. *Julius C. Michaelson,* Attorney General, *John R. McDermott,* Special Asst. Attorney General, for respondent.

M. P. No. 77-114.   THOMAS A. MCCORMICK *v.* STATE BOARD OF ELECTIONS *et al.* The order of April 11, 1977 in this case is vacated.

The petitioner is ordered to file an amended petition setting forth the names of all proper parties forthwith. Bevilacqua, C. J., not participating. *Keven A. McKenna,* for petitioner. *Julius C. Michaelson,* Attorney General, *Stephen F. Achille, William Y. Chaika,* for Lloyd Griffin, for respondents.

M. P. No. 77-115.   LESTER FAYERWEATHER *v.* STATE BOARD OF ELECTIONS *et al.* The order of April 11, 1977 in this case is vacated.

The petitioner is ordered to file an amended petition setting forth the names of all proper parties forthwith. Bevilacqua, C. J., not participating. *Keven A. McKenna,* for petitioner. *Julius C. Michaelson,* Attorney General, *Stephen F. Achille, William Y. Chaika,* for Lloyd Griffin, for respondents.

C. A. No. 74-262.   STATE *v.* CLAIRE ROBICHAUD. The State's motion to file xeroxed pages of portions of the transcript is granted. Bevilacqua, C. J., not participating. *Julius C. Michaelson,* Attorney General, *Nancy Marks Rahmes, Judith Romney Wegner,* Special Asst. Attorney Generals, for plaintiff. *Bevilacqua & Cicilline,* for defendant.